IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:01-cr-00020-MP

SHARON SAUNDERS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 80, a financial affidavit filed by Ms. Saunders. The affidavit was not accompanied by any type of motion seeking relief. Accordingly, the Court will take no action based on the affidavit. Additionally, the Clerk is directed to place the document under seal, since it contains personal identifiers such as social security number.

    **DONE AND ORDERED** this *27th* day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge